United States District Court
Southern District of Texas

**ENTERED**

June 05, 2026

Nathan Ochsner, Clerk

**UNITED STATES DISTRICT COURT**

**SOUTHERN DISTRICT OF TEXAS**

**HOUSTON DIVISION**

| | |
|---|---|
| Omar Gonzalez Rojas,<br><br>       Petitioner,<br><br>vs.<br><br>Randy Tate, *et al.*,<br><br>       Respondents. | Case No.: 4:26-cv-3174 |

**ORDER OF DISMISSSAL**

Pending before the Court is an UNOPPOSED MOTION FOR VOLUNTARY DISMISSAL (Dkt. No. 9). After reviewing the Motion, the Response, the record and the applicable law, the Court is of the opinion that it should be and is herby GRANTED.

It is SO ORDERED.

Signed this **5th** of ___**June**___, 2026.

_____

SIM LAKE

SENIOR UNITED STATES DISTRICT JUDGE